United States District Court
Southern District of Texas
**ENTERED**
December 14, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| EMMANUEL AVILA,<br>　　Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:21-cv-00056 |
| ERIC GARZA, ET AL.,<br>　　Respondents. | §<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 26). The R&R recommends this Court (1) grant "Defendant Kenia Walker's First Amended Motion to Dismiss" ("Motion to Dismiss") (Dkt. No. 23) and (2) dismiss with prejudice Petitioner's claims against Defendant Kenia Walker.

Objections were due December 8, 2021. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Respondent's Motion to Dismiss (Dkt. No. 23) is **GRANTED**, and Petitioner's claims against Defendant Kenia Walker are **DISMISSED WITH PREJUDICE**.

Signed on this ___14th___ day of ___December___, 2021.

_____
Rolando Olvera
United States District Judge